# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137075

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCUS ANDREW STRONG,
      Defendant-Appellant.

SC: 137075
COA: 276425
Wayne CC: 06-009249-01

_____/

      On order of the Court, the application for leave to appeal the June 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

d1117

Clerk